IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| BRENDA ROTUREAU, | : |
| Plaintiff, | : |
| v. | : Civil Action Number 14-1452 |
| ROBERT P. CHAPLIN, III, | : |
| Defendant. | : |

## Motion for Extension of Time

NOW COMES Plaintiff, in the above styled action, by and through her undersigned counsel of records, and requests from the Court an extension of ten (10) days to file her Appellate Brief and Joint Appendix. Due to recent illnesses and hospitalizations of Plaintiff's attorney, it is necessary to have an extension of ten (10) days to file the Appellate Brief and Joint Appendix.

This request submitted this 2nd day of July, 2014.

/s/ Julian H. Toporek
Julian H. Toporek
South Carolina Bar Number 5609
*Attorney for the Plaintiff*

LAW OFFICE OF JULIAN H. TOPOREK
221 West York Street
Savannah, Georgia 31401
Telephone – 912.236.4666
Facsimile – 912.236.0105
Jhtassistant@comcast.net

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| BRENDA ROTUREAU, | : |
| Plaintiff, | : |
| v. | : Civil Action Number 14-1452 |

| | |
|---|---|
| ROBERT P. CHAPLIN, III, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to the all parties of record addressed as follows:

Bert G. Utsey, III<br>
PETERS, MURDAUGH, PARKER,<br>
ELTZROTH & DETRICK, PA<br>
123 S. Walter Street<br>
PO Box 1164<br>
Walterboro, SC 29488<br>
butsey@pmped.com

This 2nd day of July, 2014.

/s/ Julian H. Toporek
Julian H. Toporek
South Carolina Bar Number 5609
*Attorney for the Plaintiff*

LAW OFFICE OF JULIAN H. TOPOREK
221 West York Street
Savannah, Georgia 31401
Telephone – 912.236.4666
Facsimile – 912.236.0105
Jhtassistant@comcast.net