# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 14, 2014

_____

RULE 45 NOTICE-BRIEF/APPENDIX
_____

No.  14-1452,   <u>Brenda Rotureau v. Robert Chaplin, III</u>
             2:13-cv-00849-DCN

TO:   Brenda  Rotureau

**BRIEFING DOCUMENTS DUE:** 07/29/2014

The court has not received the briefing documents identified below, which are now overdue under this court's briefing order. Please take notice that the court will dismiss this case for failure to prosecute pursuant to [Local Rule 45](#) unless the documents and a separate motion to extend filing time are filed in the clerk's office, or the default is otherwised remedied, within 15 days of the date of this notice. The deadlines for any subsequent briefs will be extended after filing of the past-due brief.

---

  [X] Opening brief

---

  [X] Appendix

---

Amy L. Carlheim, Deputy Clerk
804-916-2702